F. W. MYERS COMPANY, INC. (F. H. LEGGETT & Co.) *v.* UNITED STATES

No. 8088.—

Entry Nos. A–6372; A–6495; A–6630.

First Division, Appellate Term

(Order dated February 15, 1952)

*Marlow & Hines*; *John D. Rode*, associate counsel; for the appellant.
*Charles J. Wagner*, Acting Assistant Attorney General (*Guy Gilbert Ribaudo* and *Daniel I. Auster*, special attorneys), for the appellee.

Before OLIVER, COLE, and MOLLISON, Judges

ORDER

Upon the court's own motion, and counsel for the respective parties being cognizant thereof and in agreement with same, the Order of the Court made on February 7, 1952, be and the same hereby is vacated.

It is further ordered that appellant's motion for rehearing be set down for argument before the Division on March 13, 1952.

INTER-MARITIME FORWARDING Co., INC. *v.* UNITED STATES

No. 8089.—

Entry No. 39319.

(Decided February 18, 1952)

*Tompkins & Tompkins* (*Allerton deC. Tompkins* of counsel) for the plaintiff.
*Charles J. Wagner*, Acting Assistant Attorney General, for the defendant.

COLE, Judge: This case concerns the reappraisement of certain woolen piece goods, identified on the invoice as "29/30″ width woolen piece goods, Quality R. B. M. from Reid & Taylor, Ltd."

An agreed set of facts, embodied in the written stipulation of submission, establishes export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement of the merchandise in question, such statutory value being £0/12/9 (12 shillings, 9 pence) per yard plus packing; the foreign value, section 402 (c) of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)), being no higher.

Judgment will be rendered accordingly.